**DENIED and Opinion Filed June 1, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00532-CV**

**IN RE KARLA D. STOVER AND ROBERT J.S. THOMPSON, Relators**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07079**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court is relators' May 31, 2023 petition for writ of mandamus wherein relators seek relief from the trial court's denial of their motion to stay.

Entitlement to mandamus relief requires relators to demonstrate that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing relators' petition and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

We also deny relators' motion for emergency stay of proceedings as moot.

230532f.p05

/Emily Miskel//
EMILY MISKEL
JUSTICE